**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 956
:
APPOINTMENT TO THE JUVENILE : SUPREME COURT RULES DOCKET
COURT PROCEDURAL RULES :
COMMITTEE :

**ORDER**

**PER CURIAM**

**AND NOW**, this 9th day of August, 2023, the Honorable Kathryn M. Hens-Greco, in her capacity as Administrative Judge of the Family Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee to serve at the pleasure of the Court, commencing October 1, 2023.